IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 90-cr-00130-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     MIGUEL CARO-QUINTERO,

    Defendant.

---

## ORDER GRANTING GOVERNMENT'S MOTION
## TO AMEND PART V OF THE DISCOVERY ORDER

---

**THIS MATTER** comes before the Court on the Government's referenced motion, and this Court, after having the opportunity to review this pleading, its file in this matter, being now otherwise sufficiently advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion, for good cause shown, should be and is hereby **GRANTED.**

THEREFORE, the Government may amend Part V of the Discovery Order as indicated in Exhibit One to the Motion.

**DONE AND ORDERED** this 12TH day of March, 2009.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE
                                          DISTRICT OF COLORADO