IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 90-cr-00130-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL ANGEL CARO-QUINTERO,

    Defendant.
_____

## ORDER PERMITTING
## DISCLOSURE OF GRAND JURY TRANSCRIPTS
_____

The Court has reviewed the government's motion for an order to permit disclosure of grand jury transcripts to the defense [Docket No. 269]. The defendant does not oppose granting such motion [Docket No. 273]. Having reviewed the file and being sufficiently advised in the premises, the Court finds and concludes as follows:

The Court may order the disclosure of grand jury material relating to this case before trial pursuant to Fed.R.Crim.P. 6(e)(3)(E)(i), Rule 16(d), and the All Writs Act, 28 U.S.C. § 1651. Rule (6)(e)(3)(E) provides in part that the "court may authorize disclosure – at a time, in a manner, and subject to any other conditions that it directs – of a grand jury matter: (i) preliminarily to or in connection with a judicial proceeding."

   Therefore, it is

ORDERED that the Government's Motion to Permit Disclosure of Grand Jury Transcripts Before Trial [Docket No. 269] is GRANTED. It is further

ORDERED that the government may provide to the defense counsel of record in this case transcripts of grand jury testimony (whether on paper or by means of electronic media) in relation to the indictment or superseding indictments returned in this case. Any grand jury transcripts or material received pursuant to this order shall be used for official purposes only. It is further

ORDERED that: (1) copies of grand jury transcripts or other material provided to the defense counsel of record shall remain in the personal control of counsel, its employees, and/or its professional associates; (2) the defendant may review the grand jury transcripts or material, but control of such materials shall remain with counsel, its employees, and/or its professional associates; (3) although counsel may make copies of such grand jury materials for their internal purposes related to this case, no publication (to include filing grand jury transcripts as an attachment to any pleading) or other copying of such grand jury transcripts or material shall be made without permission of the Court; and (4) any grand jury transcripts or material disclosed by the government to counsel pursuant to this order, including copies generated from electronic media, shall be maintained in the confidential files of the attorneys of record during the pendency of this case and delivered to the United States Attorney's Office after the conclusion of the case.

DATED March 17, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge