IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 90-cr-00130-PAB-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  MIGUEL ANGEL CARO-QUINTERO,

        Defendant.

### MINUTE ORDER SETTING CHANGE OF PLEA HEARING

**Order entered by Judge Philip A. Brimmer**

    A Notice of Disposition was filed on July 27, 2009 [Docket No. 297]. A Change of Plea hearing is set for **September 24, 2009 at 11:00 a.m.** It is further

    ORDERED that the Trial Preparation Conference previously scheduled for **October 9, 2009 at 1:30 p.m.** and the trial scheduled to begin on **October 13, 2009** are VACATED.

    DATED August 18, 2009.