IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 90-cr-00130-PAB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. MIGUEL ANGEL CARO-QUINTERO,**

    Defendant.

---

ORDER TO DISMISS AS TO DEFENDANT CARO-QUINTERO

---

THE COURT has reviewed the Amended Government's Rule 48 Motion to Dismiss, of the United States of America, by United States Attorney David M. Gaouette, through Assistant U.S. Attorney Susan Knox, asking the Court to dismiss Counts 2, 4, 5, 6, 7, and 9 (the remaining counts) to the Second Superseding Indictment filed in the above captioned case as to Defendant Miguel Angel Caro-Quintero only.

The Court is familiar with the case and is sufficiently advised in the premises. The remaining charges are hereby dismissed as to this defendant only in the above captioned District of Colorado case.

It is so ordered.

Signed and entered this 4th day of February, 2010.

BY THE COURT:

JUDGE PHILIP A. BRIMMER
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO