IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 90-cr-00130-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL ANGEL CARO-QUINTERO,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the motion to file docket number 324 under seal [Docket No. 325]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

ORDERED that the motion to file docket number 324 under seal [Docket No. 325] is granted. Docket No. 324 shall be sealed until further order of this Court.

DATED February 9, 2010.

                BY THE COURT:

                s/Philip A. Brimmer
                PHILIP A. BRIMMER
                United States District Judge